IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | NO. 19-389 |
| OMAR ACOSTA | |

**O R D E R**

**AND NOW**, this 13th day of June, 2022, upon consideration of *pro se* Petitioner Omar Acosta's Motion to Reduce his Sentence (ECF No. 61), the Government's Brief in Opposition thereto (ECF No. 63), and the Government's Motion to Impound (ECF No. 65), **IT IS HEREBY ORDERED** that:

1. The Defendant's Motion to Reduce his Sentence (ECF No. 61) is **DENIED**;
2. The Government's Motion to Impound (ECF No. 65) is **GRANTED.**

BY THE COURT:

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**